THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARLOEW AMUSEMENT COMPANY, Respondent, *v.* JACOB A. CANTOR and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.    (Taxes of 1918.)

First Department, February 4, 1921.

See head note in *People ex rel. Morewood Realty Holding Co.* v. *Cantor* (*ante,* p. 190).

APPEAL by the defendants, Jacob A. Cantor and others, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 1st day of May, 1920, reducing the assessment on lot No. 17, block 1931, section 7, on the assessment roll of the borough of Manhattan for the year 1918 from the sum of $435,000 to the sum of $233,000.

*William H. King* of counsel [*R. M. de Acosta* with him on the brief; *John P. O'Brien, Corporation Counsel*], for the appellants.

*James M. Vincent* of counsel [*Curtis A. Peters* with him on the brief], for the respondent.

SMITH, J.:

For the reasons stated in the opinion in *People ex rel. Morewood Realty Holding Co.* v. *Cantor* (195 App. Div. 190), handed down herewith, the order should be affirmed, with ten dollars costs and disbursements.

CLARKE, P. J., DOWLING, PAGE and GREENBAUM, JJ., concur.

Order affirmed, with ten dollars costs and disbursements.